```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 03785
   MARC L HAUSER
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6657


------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 02/19/2008 and was not confirmed.

    The case was converted to chapter 11 without confirmation 04/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED          1730.15         .00            .00
OHIO SAVINGS BANK          NOTICE ONLY     NOT FILED          .00            .00
LVNV FUNDING               UNSECURED          4335.10         .00            .00
AMTRUST BANK               CURRENT MORTG        .00           .00            .00
AMTRUST BANK               MORTGAGE ARRE   150278.40          .00            .00
B-REAL LLC                 UNSECURED          5862.26         .00            .00
B-REAL LLC                 UNSECURED          5649.67         .00            .00
ROBERT HABIB               DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       ---------------        ---------------
TOTALS                      .00                       .00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 03785 MARC L HAUSER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/04/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```